STATE of Missouri, Respondent,

v.

Joseph M. JOHNSON, Appellant.

No. WD 57714.

Missouri Court of Appeals, Western District.

Feb. 27, 2001.

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SMART, Presiding Judge, ELLIS, Judge and LAURA DENVIR STITH, Judge.

### ORDER

PER CURIAM:

Joseph Michael Johnson appeals from his conviction by jury of involuntary manslaughter and unlawful use of a weapon. Johnson was sentenced to consecutive terms of seven years in the Missouri Department of Corrections on the manslaughter count and five years on the unlawful use of a weapon count. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for

our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).